**Henry W. CUMMINGS,
Plaintiff–Appellant,**

v.

**ACF INDUSTRIES, et al.,
Defendants–Respondents.**

**No. 53065.**

Missouri Court of Appeals,
Eastern District.
Division Four.

Dec. 1, 1987.

Motion for Rehearing and/or Transfer
Denied Jan. 7, 1988.

Application to Transfer Denied
Feb. 17, 1988.

Henry W. Cummings, St. Charles, pro se.

Stephen M. Hereford, St. Louis, for defendants-respondents.

## ORDER

PER CURIAM.

Plaintiff, Henry W. Cummings, appeals from the order of the trial court dismissing his petition for failure to state a claim for which relief can be granted.

The order of the trial court is affirmed. Rule 84.16(b).